UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

**NIAGARA DELI & PIZZERIA, INC.,**                              **COMPLAINT**

                                                                Civ. No.:  26-cv-915

                          Plaintiff,

              v.

**UNITED STATES OF AMERICA** and
**UNITED STATES DEPARTMENT
OF AGRICULTURE, FOOD AND
NUTRITION SERVICE**,

                          Defendants.

_____

Plaintiff, NIAGARA DELI & PIZZERIA INC. ("PLAINTIFF"), by and through undersigned counsel, alleges upon knowledge as to itself and its own acts, and upon information and belief as to all other matters, and brings this complaint against Defendants UNITED STATES OF AMERICA ("USA") and UNITED STATES DEPARTMENT OF AGRICULTURE, FOOD AND NUTRITION SERVICE ("USDA"), and in support thereof alleges the following:

## PRELIMINARY STATEMENT

1.      PLAINTIFF brings this action seeking judicial review of USDA's revocation of PLAINTIFF's Supplemental Nutrition Assistance Program ("SNAP") participation eligibility as a result of an enforcement action.

## JURISDICTION AND VENUE

2.      The Court has jurisdiction over this action pursuant to 5 U.S.C. § 702, 7 C.F.R. § 279.7, and 7 U.S.C. § 2023.

3.      Venue is proper pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to the claim occurred in the Western District of New York.

1

## PARTIES

4.      PLAINTIFF is a corporation duly organized under the laws of the State of New York.

5.      USDA is a USA federal executive department which oversees the SNAP benefits program pursuant to 7 C.F.R. Subchapter C.

## STATEMENT OF FACTS

6.      PLAINTIFF repeats, re-alleges, and incorporates by reference, paragraphs 1 through 5 inclusive, above.

7.      On or about September 16, 2025, USDA mailed a letter to PLAINTIFF, a true and correct copy of which is attached as **Exhibit A**.

8.      In the letter, USDA charges PLAINTIFF with the violation of "Trafficking SNAP Benefits" citing regulatory provisions 7 C.F.R. § 271.2 and 7 C.F.R. § 278.6(a), blaming PLAINTIFF for having transactions that were "suspicious."

9.      In the USDA Violation letter there were no specific allegations regarding any specific trafficking instances.

10.      In response to this violation letter the undersigned, on behalf of PLAINTIFF, emailed a letter of representation to Program Specialist Daniel Mull, who was handling the investigation on behalf of the USDA Retail Operations Division.

11.      An extension to submit further evidence on PLAINTIFF's behalf was granted.

12.      On October 27, 2025, the undersigned, on behalf of PLAINTIFF, sent an email Submission to the USDA which included a link to the voluminous files contained in a cloud for access. **Exhibit B** (Link contents contained within **Exhibit F**)

13. On or about January 20, 2026, the USDA issued a decision, concluding "that the violations cited in [their] charge letter occurred at [NIAGARA DELI & PIZZERIA INC.]". **Exhibit C**.

14. This decision included a punishment of permanent disqualification of PLAINTIFF's ability to accept SNAP benefits.

15. On or about January 29, 2026, the undersigned, on behalf of PLAINTIFF, emailed the USDA for a Request for Administrative Review of the January 20, 2026, decision, a true and correct copy of which is attached as **Exhibit D**.

16. On March 5, 2026, the undersigned, on behalf of PLAINTIFF, sent the submission for NIAGARA DELI & PIZZERIA INC. on Administrative Appeal to Robert Deegan, who had been assigned as the Administrative Review Officer. **Exhibits E & F**.

17. The April 7, 2026, Administrative Appeal Decision indicated the decision of the Retail Operations Decision was affirmed, permanently disqualifying PLAINTIFF's ability to accept SNAP Benefits. **Exhibit G**.

18. PLAINTIFF's ability to receive food stamps is discontinued pending this action.

19. PLAINTIFF averaged $150,000.00 of gross sales of SNAP-eligible products a month.

20. As a result of this decision, PLAINTIFF will continue to suffer irreparable injury.

## FIRST CLAIM FOR RELIEF

### JUDICIAL REVIEW AND TRIAL DE NOVO

21. PLAINTIFF repeats, re-alleges, and incorporates by reference, paragraphs 1 through 20 inclusive, above.

22. PLAINTIFF did not Traffick in SNAP Benefits as alleged by Defendant.

3

23. USDA's decision to permanently disqualify PLAINTIFF from the SNAP program was not supported by a fair preponderance of the evidence and is pure conjecture.

24. The punishment was grossly disproportionate to the alleged violation(s), and, if upheld, will result in irreparable damage to PLAINTIFF.

25. This monetary loss could put PLAINTIFF out of business.

26. USDA's decision is arbitrary and capricious.

27. 7 C.F.R. § 279.7 provides that "a firm aggrieved by the determination of the designated reviewer may obtain judicial review of the determination by filing a complaint against the United States in the U.S. district court for the district in which the owner resides or is engaged in business," and that the complaint must be filed within 30 days after the date of delivery or service upon the firm of the notice of the determination.

28. PLAINTIFF therefore timely requests a judicial review of the decision pursuant to 7 C.F.R. § 279.7 and 7 U.S.C. § 2023 in the form of a trial de novo of USDA's decision.

## **PRAYER FOR RELIEF**

WHEREFORE, PLAINTIFF respectfully prays that this Court grant the following relief in

PLAINTIFF's favor, and that judgment be entered against DEFENDANTS for the following:

(1)    For review of USDA's decision in a trial by novo;

(2)    Dismissal of DEFENDANT'S unsubstantiated determination; and

(3)    For any and all other relief this Court may deem appropriate.

Dated:    Buffalo, New York.
         May 6, 2026


///

                              Respectfully Submitted,


                              /s/ Phil Modrzynski

                              Phil Modrzynski, Esq.
                              Cornell Mansion
                              484 Delaware Avenue
                              Buffalo, NY  14202
                              Tel: (716) 230-6113
                              Fax: (716) 926-6256
                              Phil@law-wny.com